| | |
|---|---|
| 1 | KEN M. MARKOWITZ (SBN 104674) |
| | SAMANTHA D. HILTON (SBN 215585) |
| 2 | KENNEY & MARKOWITZ L.L.P. |
| | 255 California Street, Suite 1300 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 397-3100 |
| 4 | Facsimile: (415) 397-3170 |

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN AMBROFF and TERRY AMBROFF,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, McKESSON CORPORATION, and DOES ONE through TWENTY-FIVE, inclusive,

    Defendants.

CASE NO. CV 08 2764

**DECLARATION OF LARRY GETLIN IN SUPPORT OF AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

I, LARRY GETLIN, declare as follows:

1. I am Senior Vice-President of Corporate Compliance, Quality and Legal for American Medical Systems, Inc.

2. The matters set forth in this declaration are true of my own knowledge, and if called as a witness, I could and would competently testify thereto.

3. American Medical Systems, Inc. is the only manufacturer and distributor of the APOGEE synthetic mesh system referenced in the Complaint filed in *Ellen Ambroff and Terry Ambroff v. American Medical Systems, McKesson Corporation, and Does One through Twenty-Five, inclusive,* California Superior Court (San Francisco) case number CGC-08-474505.

{30115.302053 0133745.DOC}    -1-
DECLARATION OF LARRY GETLIN IN SUPPORT OF AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION; CASE NO:

4. After a diligent search of its orders and sales, American Medical Systems, Inc. has no records that it ever sold or otherwise distributed an APOGEE synthetic mesh system to McKesson Corporation or any of its subsidiaries as stated in the above referenced Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 3, 2008, at Minnetonka, Minnesota.

_____
LARRY GETLIN

Kenney & Markowitz L.L.P.

{30115.302053 0133745.DOC}                    -2-
DECLARATION OF LARRY GETLIN IN SUPPORT OF AMERICAN MEDICAL
SYSTEMS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION; CASE NO:

*Ambroff v. American Medical Systems, Inc.*
San Francisco Superior Court No. CGC-08-474505

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

I am a citizen of the United States. My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**DECLARATION OF LARRY GETLIN IN SUPPORT OF AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Attorneys for Plaintiffs | Attorneys for McKesson |
|---|---|
| Nancy Hersh, Esq. | Farley J. Neuman, Esq. |
| Amy Eskin, Esq. | James F. Hetherington, Esq. |
| Mark E. Burton, II, Esq, | Paige P. Yeh, Esq. |
| Cynthia Brown, Esq. | JENKINS GOODMAN NEUMAN & |
| HERSH & HERSH | HAMILTON LLP |
| 601 Van Ness Avenue, Ste. 2080 | 417 Montgomery Street, 10th Floor |
| San Francisco, CA 94102-6388 | San Francisco, CA 94104 |

[X]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: June 3, 2008

JANIE CROWLEY

Kenney & Markowitz L.L.P.

{30115.302053 0133426.DOC}