KEN M. MARKOWITZ (SBN 104674)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: kmarkowitz@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, McKESSON CORPORATION, and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | CASE NO. C08-02764 EDL<br><br>**NOTICE OF SERVICE OF COURT DOCUMENTS** |

**NOTICE IS HEREBY GIVEN** that on June 4, 2008, the following documents and forms were served on defense counsel in this action:

(1)   Brochure: Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

(2)   Order Setting Initial Case Management Conference;

(3)   ECF Registration Information Handout;

(4)   Notice of Assignment of Case to a United States Magistrate Judge for Trial;

(5)   Consent to Proceed Before a United States Magistrate Judge;

(6)   Declination to Proceed Before a Magistrate Judge and Request for Reassignment to

1  a United States District Judge; and

2      (7)    U.S. District Court Guidelines.

3

4  DATED: June 4, 2008                    **KENNEY & MARKOWITZ L.L.P**

5                                          By: _____
6                                              KEN M. MARKOWITZ
                                                SAMANTHA D. HILTON
7                                               Attorneys for Defendant
                                                AMERICAN MEDICAL SYSTEMS

*Ambroff v. American Medical Systems, Inc.*
U.S.D.C., Northern District Case No. C08-02764 EDL

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

I am a citizen of the United States. My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

## NOTICE OF SERVICE OF COURT DOCUMENTS

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Attorneys for Plaintiffs | Attorneys for McKesson |
|---|---|
| Nancy Hersh, Esq.<br>Amy Eskin, Esq.<br>Mark E. Burton, II, Esq,<br>Cynthia Brown, Esq.<br>HERSH & HERSH<br>601 Van Ness Avenue, Ste. 2080<br>San Francisco, CA  94102-6388 | Farley J. Neuman, Esq.<br>James F. Hetherington, Esq.<br>Paige P. Yeh, Esq.<br>JENKINS GOODMAN NEUMAN &<br>HAMILTON LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA  94104 |

[X]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: June 4, 2008

JANIE CROWLEY

Kenney & Markowitz L.L.P.

{30115.302053 0133783.DOC}   -1-
NOTICE OF SERVICE OF COURT DOCUMENTS
CASE NO:  C08-02764 EDL