NANCY HERSH, ESQ., State Bar No. 49091
AMY ESKIN, ESQ., State Bar No. 127668
MARK E. BURTON, II, ESQ., State Bar No. 178400
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
(415) 441-5544

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>       Plaintiffs,<br><br>vs.<br><br>AMERICAN MEDICAL SYSTEMS, McKESSON CORPORATION, and DOES ONE through TWENTY-FIVE, inclusive,<br><br>       Defendants. | CASE NUMBER  C 08-02764 EDL<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

Plaintiffs herewith request a trial by jury as to all issues of material fact.

DATED:   June 5, 2008.

HERSH & HERSH
A Professional Corporation

By _____
NANCY HERSH
Attorneys for Plaintiffs

PLAINTIFFS' DEMAND FOR JURY TRIAL