UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN AMBROFF and TERRY AMBROFF,

        Plaintiff(s),

v.

AMERICAN MEDICAL SYSTEMS, et al.,

        Defendant(s).

No. C 08-02764 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/6/08

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")