**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 23, 2008

Superior Court of California
City and County of San Francisco
400 McAllister
San Francisco, CA 94102

RE:  CV 08-02764 MMC    ELLEN AMBROFF-v-AMERICAN MEDICAL SYSTEMS
         Your Case Number: (CGC-08-474505)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (x)      Certified copies of docket entries

      (x)      Certified copies of Remand Order

      (x)      Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg