**ENDORSED**
**FILED**
San Francisco County Superior Court

JUN 2 4 2008

GORDON PARK-LI, Clerk
BY: _____ JEANETTE SANTOS _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 23, 2008

Superior Court of California
City and County of San Francisco
400 McAllister
San Francisco, CA 94102

RE: <u>CV 08-02764 MMC   ELLEN AMBROFF-v-AMERICAN MEDICAL SYSTEMS</u>
  Your Case Number: <u>(CGC-08-474505)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  (x)   Certified copies of docket entries

  (x)   Certified copies of Remand Order

  (x)   Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: <u>Alfred Amistoso</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg

FILED
08 JUN 27 PM 2:07

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA
25 JUN 2008 PM

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES